UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VICTORIA LEEVSON, MICHAEL LEIBZON,
MATANA ENTERPRISES LLC, KATHERINE TSIGEL,
VADKAT, INC., VLADISLAV PUSTOV, and IMPERIAL
ENTERPRISE SERVICES INC.,

                            Plaintiffs,

-against-

AQUALIFE USA, INC., AQUALIFE, INC., ALEX
GITELMAN, YAKOV SIONOV, and VLADIMIR
GORBACH,

                            Defendants.
----------------------------------------------------------------X

**Case No.:**
1:14-cv-6905 (JBW) (VMS)

**DEFENDANTS'**
**PROPOSED**
**VERDICT FORM**

With respect to each of the causes of action, as outlined below, answer the following questions:

**I.    Breach of Contract (Commissions)**

    **A.** Have Plaintiffs proven by a preponderance of the evidence that they each had an agreement as follows:

    Matana Enterprises LLC? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

    Vadkat Inc? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Imperial Enterprise Services Inc? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leevson? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leibzon? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Pustov? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |

| Vladimir Gorbach | | |

B. Have Plaintiffs proven by a preponderance of the evidence that they performed their obligations under the contract as to the following Plaintiffs:

Matana Enterprises LLC and Leibzon? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife Inc. | | |
| Aqualife USA Inc | | |
| Yakov Sionov | | |
| Alex Gitelman | | |
| Vladimir Gorbach | | |

Vadkat Inc? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife Inc. | | |
| Aqualife USA Inc | | |
| Yakov Sionov | | |
| Alex Gitelman | | |
| Vladimir Gorbach | | |

Pustov and Imperial Enterprise Services Inc? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife Inc. | | |
| Aqualife USA Inc | | |
| Yakov Sionov | | |
| Alex Gitelman | | |
| Vladimir Gorbach | | |

Leevson? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife Inc. | | |
| Aqualife USA Inc | | |
| Yakov Sionov | | |
| Alex Gitelman | | |
| Vladimir Gorbach | | |

Tsigel? Please use the charts below to answer for each Defendant.

| Defendant | Yes | No |
|---|---|---|
| Aqualife Inc. | | |
| Aqualife USA Inc | | |
| Yakov Sionov | | |
| Alex Gitelman | | |
| Vladimir Gorbach | | |

**C.** Have Plaintiffs proven by a preponderance of the evidence that each respective Defendant did not pay Plaintiffs in accordance with the agreement? Please use the charts below to answer each question.

Matana Enterprises LLC

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Vadkat Inc

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Imperial Enterprise Services Inc

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leevson

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA Inc | | |

| | | |
|---|---|---|
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leibzon

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Pustov

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

**D.** If your answer to either of the above questions is "Yes", on the chart below please indicate Plaintiffs' commission percentages or deductions due and the periods of time for those commissions.

Matana Enterprises LLC

| **Defendant** | **Commissions Due** | **Time Period** |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |

| Yakov Sionov | | |
| Vladimir Gorbach | | |

Vadkat Inc

| Defendant | Commissions Due | Time Period |
| --- | --- | --- |
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Imperial Enterprise Services Inc

| Defendant | Commissions Due | Time Period |
| --- | --- | --- |
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leevson

| Defendant | Commissions Due | Time Period |
| --- | --- | --- |
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leibzon

| Defendant | Commissions Due | Time Period |
| --- | --- | --- |
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Commissions Due | Time Period |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Pustov

| Defendant | Commissions Due | Time Period |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

**II.    Fair Labor Standards Act & New York Labor Law**

i. <u>Commerce</u>

A. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that Defendants earned an annual dollar volume of sales or business of at least $500,000.00 in the following years:

2008?
    _____Yes    _____No

2009?
    _____Yes    _____No

2010?
    _____Yes    _____No

2011?
    _____Yes    _____No

2012?
    _____Yes    _____No

B. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that, while performing work for Defendants, Defendants were engaged in interstate commerce or in the production of goods for interstate commerce?

_____ Yes     _____ No

ii. <u>Was each Defendant an employer of Plaintiffs Leevson and/or Tsigel?</u>

A. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that the Defendants had the power to hire and fire Plaintiffs Leevson and Tsigel? Please use the chart below to answer for each Defendant.

Leevson

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

B. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that the Defendants supervised and controlled Plaintiffs Leevson and Tsigel's work schedules or other work conditions? Please use the chart below to answer for each Defendant.

Leevson

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

C.  Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that the Defendants determined Plaintiffs' Leevson's and Tsigel's rate and method of payment?  Please use the chart below to answer for each Defendant.

Leevson

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

D.  Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that the Defendants failed to maintain employment records for Plaintiffs Leevson and Tsigel?  Please use the chart below to answer for each Defendant.

Leevson

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

E. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that Defendants were employers of Plaintiffs Leevson and Tsigel? Please use the chart below to answer for each Defendant.

Leevson

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

iii. Plaintiffs' Leevson's and Tsigel's Work

A. Did Plaintiffs Leevson and Tsigel prove that defendants exercised direction and control over them demonstrating an employer/employee relationship

| Plaintiff | Yes | No |
|---|---|---|
| Leevson | | |
| Tsigel | | |

B. Did Plaintiff Leevson prove that she was to be paid $10.00 per hour by Defendants?

| Plaintiff | Yes | No |
|---|---|---|
| Leevson | | |

C. Did Plaintiff Tsigel prove that she was to be paid $10.00 per hour from January, 2007 until January, 2011 and $11.00 per hour from January, 2011 until November 9, 2012 by Defendants?

| Plaintiff | Yes | No |
|---|---|---|
| Tsigel ($10.00 per hour from 1/07-1/11) | | |
| Tsigel ($11.00 per hour from 1/11-11/9/12) | | |

D. Did Plaintiffs Leevson and Tsigel prove by a preponderance of the evidence that when they each provided services for Defendants, they worked in excess of forty (40) hours each week? Please use the chart below to answer for each Plaintiff.

| Plaintiff | Yes | No |
|---|---|---|
| Leevson | | |
| Tsigel | | |

iv. <u>Wage Notice Claims</u>

A. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that Defendants were obligated to provide and failed to provide annual wage notices to Plaintiffs Leevson and Tsigel in 2011 and 2012? Please use the chart below to answer for each Defendant.

Leevson

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Yes | No |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |

| | | |
|---|---|---|
| Yakov Sionov | | |
| Vladimir Gorbach | | |

B. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that Defendants failed to provide a wage statement to Plaintiffs Leevson and Tsigel for every pay period Defendants allegedly issued Plaintiffs Leevson and Tsigel compensation? Please use the chart below to answer for each Defendant.

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

C. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that Defendants failed to provide Plaintiffs Leevson and Tsigel with a designation of employment status either as an employee or an independent contractor on any check issued to plaintiffs. Please use the chart below to answer for each Defendant.

| **Defendant** | **Yes** | **No** |
|---|---|---|
| Aqualife USA, Inc. | | |
| Aqualife, Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

III. **Defendants' Defenses under the Fair Labor Standards Act & New York Labor Law**

i. <u>Independent Contractor Defense under the FLSA and the NYLL</u>

A. Have Defendants proven by a preponderance of the evidence that Plaintiffs Leevson and Tsigel acted through their corporations as independent contractors of the Defendants? Please use the chart below to answer for each Plaintiff.

| **Plaintiff** | **Yes** | **No** |
|---|---|---|
| Leevson through Matana Enterprises LLC | | |
| Tsigel through Vadkat Inc | | |

B.. Have Defendants proven by a preponderance of the evidence that Plaintiffs' corporations provided any bills and/or invoices for work performed by Plaintiffs Leevson and Tsigel? Please use the chart below to answer for each Plaintiff.

| **Plaintiff** | **Yes** | **No** |
|---|---|---|

| | | |
|---|---|---|
| Leevson through Matana Enterprises LLC | | |
| Tsigel through Vadkat Inc | | |

*(If you determine that Plaintiffs Leevson and Tsigel were independent contractors, report to the Court. If you determine that Plaintiffs Leevson and Tsigel were not independent contractors, proceed to the questions immediately below in "ii").*

ii. <u>Highly Compensated Employee Exemption</u>

A. Have Defendants proven by a preponderance of the evidence that Plaintiffs were highly compensated employees? Please use the chart below to answer for each Plaintiff.

| **Plaintiff** | **Yes** | **No** |
|---|---|---|
| Leevson from 8/1/11 until 7/23/12 | | |
| Tsigel from 1/07 until 11/9/12 | | |

iii. <u>Outside Salesperson Exemption</u>

A. Have the Defendants proven by a preponderance of the evidence that Plaintiffs Leevson and Tsigel were outside salespeople?

| **Plaintiff** | **Yes** | **No** |
|---|---|---|
| Leevson from 7/1/11 until 7/23/12 | | |
| Tsigel from 1/07 until 11/9/12 | | |

*(If you determine that Plaintiffs Leevson and Tsigel were highly compensated employees, or outside salespersons, report to the Court. If you determine that Plaintiffs Leevson and Tsigel were not any of the foregoing, answer the questions below).*

**IV. Damages**

*If you have determined that Plaintiffs are entitled to commissions, please answer the below.*

Matana Enterprises LLC and Michael Liebzon

| **Defendant** | **Amount of Commissions** | **Notes** |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Vadkat Inc.

| Defendant | Amount of Commissions | Notes |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Imperial Enterprise Services Inc. and Vladislav Pustov

| Defendant | Amount of Commissions | Notes |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Leevson from 7/1/11 until 7/23/12

| Defendant | Amount of Commissions | Notes |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Tsigel

| Defendant | Amount of Commissions | Notes |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |
| Vladimir Gorbach | | |

Pustov for deductions of installations and gift fees

| Defendant | Amount of Commissions | Notes |
|---|---|---|
| Aqualife USA Inc | | |
| Aqualife Inc. | | |
| Alex Gitelman | | |
| Yakov Sionov | | |

| Vladimir Gorbach | | |
|---|---|---|

*If you have determined that Plaintiffs' Leevson and Tsigel were employees and not subject to any exemptions, on the chart below. please indicate the hours Plaintiffs Leevson and Tsigel worked per week and the period of those weeks..*

| Plaintiff | Hours per week | From | Until |
|---|---|---|---|
| Leevson | | | |
| | | | |
| Tsigel | | | |
| | | | |

A. Has Plaintiff s Leevson and Tsigel proven by a preponderance of the evidence that when they provided services for Defendants, they were not paid wages due to them?

| Plaintiff | Yes | No |
|---|---|---|
| Leevson | | |
| Tsigel | | |

*If your answer to either of the above questions is "Yes", on the chart below please indicate Plaintiff's regular rate of pay and the periods of those rates of pay.*

| Leevson | | | Tsigel | | |
|---|---|---|---|---|---|
| *Regular Hourly Rate of Pay* | *From* | *Until* | *Regular Hourly Rate of Pay* | *From* | *Until* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

B. Was such failure to pay Plaintiffs' wages willful by Defendants?

_____ Yes     _____ No

C. Have Plaintiffs Leevson and Tsigel proven by a preponderance of the evidence that when they provided services for Defendants, they were not paid overtime pay?

| Plaintiff | Yes | No |
|---|---|---|
| Leevson | | |
| Tsigel | | |

D. Was such failure to pay Plaintiffs' overtime pay willful by Defendants?

_____ Yes      _____ No

E. State the amount awarded to each Plaintiff for regular wages owed, if any.

Leevson    $_____      Tsigel    $_____

F. State the amount awarded to Plaintiff for overtime pay, if any.

Leevson    $_____      Tsigel    $_____

G. State the amount awarded to Plaintiff as liquidated damages, if any.

Leevson    $_____      Tsigel    $_____

H. State the amount awarded to Plaintiff in total, if any.

Leevson    $_____      Tsigel    $_____

_____
**FOREPERSON**

_____
**DATE**

Dated: Syosset, New York
August 1, 2017

Respectfully submitted,

**SOBEL LAW OFFICES, PC**
*/s/ Svetlana Sobel     SS4424*_____
175 Eileen Way
Syosset, New York 11791
(516) 496-1903
(631) 532-4828 facsimile (not
For service of legal documents)
Email: ssobel@sobellawpc.com