UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA LEEVSON, MICHAEL LEIBZON, MATANA ENTERPRISES LLC, KATHERINE TSIGEL VADKAT, INC., VLADISLAV PUSTOV, and IMPERIAL ENTERPRISE SERVICES INC.,<br><br>Plaintiffs,<br><br>– against –<br><br>AQUALIFE USA, INC., AQUALIFE, INC., ALEX GITELMAN, YAKOV SIONOV, and VLADIMIR GORBACH,<br><br>Defendants. | ORDER<br>14-CV-6905 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The report and recommendation of the magistrate judge is affirmed. ECF No. 227, Dec. 8, 2017. Execution of the judgment is stayed until February 20, 2018.

The individual and corporate defendants, as well as 153 Avenue O, LLC, may not sell or hypothecate any of the real property they or it owns during the stay of judgment.

SO ORDERED.

/Jack B. Weinstein
Senior United States District Judge

Dated: December 20, 2017
      Brooklyn, New York

