UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA LEEVSON, MICHAEL LEIBZON, MATANA ENTERPRISES LLC, KATHERINE TSIGEL, VADKAT, INC., VLADISLAV PUSTOV, and IMPERIAL ENTERPRISE SERVICES INC., <br><br> Plaintiffs, <br><br> – against – <br><br> AQUALIFE USA, INC., AQUALIFE, INC., ALEX GITELMAN, YAKOV SIONOV, and VLADIMIR GORBACH, <br><br> Defendants. | ORDER <br> 14-CV-6905 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has plaintiffs' request for a release of funds deposited with the court and posting of an additional bond. *See* ECF No. 246, May 3, 2019. Argument on this issue was heard at a hearing on June 27, 2019.

The motion is denied. A release of funds and posting of additional bond is inappropriate in view of the lack of finality in a tentative judgment. *See* Fed. R. Civ. P. 67; 11 U.S.C. § 2042 ("No money deposited . . . shall be withdrawn except by order of court.").

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: June 27, 2019
Brooklyn, New York